PROB 35 (ED/CA)

## Report and Order Terminating Supervised Release
## Prior to Original Expiration Date

### UNITED STATES DISTRICT COURT

FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Docket No:   0972 1:06CR00379-002** |
| | ) | |
| **RAYMOND DAVID SAENZ, JR.** | ) | |
| | ) | |

On December 3, 2007, the above-referenced supervisee was sentenced by former Senior United States District Judge Oliver W. Wanger for violation of 21 U.S.C. § 846 and 841(a)(1), Conspiracy to Manufacture, Distribute and Possess With the Intent to Distribute a Controlled Substance.  On December 2, 2011, the above-named commenced Supervised Release for a period of 5 years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.  Assistant United States Attorney Kevin P. Rooney does not object to an early termination of supervision.

Respectfully submitted,

/s/ Ross Micheli
**Ross Micheli**
**United States Probation Officer**

Dated:   February 3, 2014
         Fresno, California
         RM

/s/ Tim D. Mechem
**REVIEWED BY:**   **Tim D. Mechem**
**Supervising United States Probation Officer**

1

PROB 35 (ED/CA)

**Re:    Raymond David Saenz Jr.
        Docket No:    0972 1:06CR00379-002
        Report and Order Terminating Supervised Release
        <u>Prior to Original Expiration Date</u>**

---

### ORDER OF COURT

Pursuant to the above report, it is ordered that Raymond David Saenz Jr. be discharged from, and that the proceedings in the case be terminated.

cc:    AUSA Kevin Rooney
IT IS SO ORDERED.

Dated:    **February 4, 2014**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE